No. 512. BELL, SUPERINTENDENT OF BANKS, *v.* SINGER;

No. 513. BELL, SUPERINTENDENT OF BANKS, *v.* BANQUE MELLIE IRAN;

No. 527. SINGER *v.* YOKOHAMA SPECIE BANK, LTD. ET AL.; and

No. 528. BANQUE MELLIE IRAN *v.* BELL, SUPERINTENDENT OF BANKS. Lyon, present Superintendent of Banks, substituted for Bell.

Nos. 284 and 303, Misc. CAMERON *v.* SHAHEDY ET AL.; and

No. 285, Misc. CAMERON ET AL. *v.* SHAHEDY ET AL., 338 U. S. 951. The petition for rehearing and the motion for leave to file petition for writ of mandamus are denied.

No. 351, Misc. EX PARTE NEWSTEAD. The motion for leave to file petition for writ of mandamus is denied.

No. 371, Misc. RUTHVEN *v.* OVERHOLSER, SUPERINTENDENT. The motion for leave to file petition for writ of habeas corpus is denied.

No. 374, Misc. UNITED STATES EX REL. MONAGHAN *v.* BURKE, WARDEN. The motion for leave to file petition for writ of certiorari is denied.

No. 376, Misc. EPPERSON *v.* MOORE, WARDEN. The motion for leave to file petition for writ of habeas corpus is denied.

*Certiorari Granted.* (*See also No. 213, supra.*)